**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATTI'S PITAS, LLC, QUEEN CITY TOURS, MARK A. BABBITT, DDS, INC., IDEAL SALES, INC., LYTLE CAFÉ, and INDIAN TREE CHIROPRACTIC, P.C., individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WELLS FARGO MERCHANT SERVICES, LLC,<br><br>                    Defendant. | CIVIL ACTION NO.<br><br>1:17-cv-04583 (GRB) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, Avery S. Halfon, of the law firm of Lieff Cabraser Heimann & Bernstein LLP, hereby enters his appearance as additional counsel in this action for Plaintiffs Patti's Pitas, LLC, Queen City Tours, Mark A. Babbitt, DDS, Inc., Ideal Sales, Inc., Lytle Café, and Indian Tree Chiropractic, P.C.  The undersigned is authorized to practice in this Court, and respectfully requests electronic notifications of papers and pleadings in this action.

DATED this 9th day of January, 2018           Respectfully submitted,

                              BY: */s/ Avery S. Halfon*
                                 Avery S. Halfon
                                 ahalfon@lchb.com
                                 LIEFF CABRASER HEIMANN &
                                 BERNSTEIN, LLP
                                 250 Hudson Street, 8th Floor
                                 New York, New York 10013
                                 Tel:  212-355-9500
                                 Fax: 212-355-9592

                                 *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January, 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which automatically sends email notification of such filing to all attorneys of record.

*/s/ Avery S. Halfon*
Avery S. Halfon

1489627.1