**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATTI'S PITAS, LLC, QUEEN CITY TOURS, MARK A. BABBITT, DDS, INC., IDEAL SALES, INC., LYTLE CAFÉ, and INDIAN TREE CHIROPRACTIC, P.C., individually and on behalf of all others similarly situated, | CIVIL ACTION NO. |
| | 1:17-cv-04583 (AKT) |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| WELLS FARGO MERCHANT SERVICES, LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiffs Patti's Pitas, LLC, Queen City Tours, Mark A.

Babbitt, DDS, Inc., Ideal Sales, Inc., Lytle Café, and Indian Tree Chiropractic, P.C. (collectively,

"Plaintiffs") will and hereby do move the Court, before the Honorable A. Kathleen Tomlinson,

U.S.M.J., at the United States District Courthouse for the Eastern District of New York, located

at 100 Federal Plaza, Central Islip, New York 11722, on July 22, 2021 at 11:00 a.m., for an order

granting Plaintiffs' Unopposed Motion for Final Approval of the Class Settlement Agreement

and Release, dated January 12, 2021 ("Settlement") entered into by the parties in this matter.

This motion is based on this notice of motion and motion, the accompanying

memorandum of points and authorities, the Settlement[1] including all exhibits thereto, the

Supplemental Joint Declaration of E. Adam Webb and Roger N. Heller filed herewith, the

Declaration of Jason Rabe (representing Settlement Administrator Rust Consulting) filed

herewith, the materials filed in support of Plaintiffs' motion for preliminary settlement approval,

the Court's Preliminary Approval Order dated February 8, 2021 (Dkt. 61), the argument of

---

[1] The Settlement is on file at Dkt. 58-2, Ex. A.

counsel, all papers and records on file in this matter, and such other matters as the Court may

consider.

As discussed in the accompanying memorandum, the requested relief is appropriate

because the Settlement satisfies the standards for final approval under Fed. R. Civ. P. 23 and

Second Circuit precedent.

DATED this 7th of May, 2021          Respectfully submitted,

WEBB, KLASE & LEMOND, LLC

BY: */s/ E. Adam Webb*
E. Adam Webb*
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase*
Georgia Bar No. 141903
Matt@WebbLLC.com
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Tel: (770) 444-0773

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

BY: */s/ Roger N. Heller*
Roger N. Heller*
California Bar No. 215348
rheller@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000

David S. Stellings
New York Bar No. 2635282
dstellings@lchb.com
Avery S. Halfon
New York Bar No. 5418017
ahalfon@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500

Attorneys for Plaintiffs

* Admitted *Pro Hac Vice*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2021, I caused the foregoing

document to be electronically filed with the Clerk of Court using the CM/ECF system which

automatically sends email notification of such filing to all attorneys of record.

*/s/ E. Adam Webb*
E. Adam Webb