**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PATTI'S PITAS, LLC, QUEEN CITY TOURS,
MARK A. BABBITT, DDS, INC., IDEAL
SALES, INC., LYTLE CAFÉ, and INDIAN
TREE CHIROPRACTIC, P.C., individually and
on behalf of all others similarly situated,

                    Plaintiffs,

    -against-

WELLS FARGO MERCHANT SERVICES, LLC,

                    Defendant.
-------------------------------------------------------------X

**ORDER**

CV 17-4583 (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Final Approval Hearing scheduled for **July 22, 2021 at 11:00 a.m.** will be conducted utilizing Cisco Webex. Counsel are presumably aware that objectors must be notified of the Final Approval hearing, to the extent there are any.

      At the time of the conference, counsel and their respective clients are directed to click the following browser link from a laptop, desktop, tablet or any device equipped with a camera and microphone/speakers:

https://us-courts.webex.com/us-courts/j.php?MTID=mdbd689750b077253a19b70da64ef9485

      You will then be prompted to choose whether you will join the meeting from the Cisco Webex application or your internet browser. The conference may be accessed using either option. If you have not already downloaded the "Cisco Webex Meetings" application and intend to use it, please be sure to download the application in advance. The application is available to download for free on Cisco Webex's website.

      In the event that you are prompted to input a password or "meeting number" to access the conference, the password is: T9YsWrjen58; the meeting number is: 172 308 0070.

To the extent the conference must be accessed by telephone, participants are directed to call 650-479-3207 and enter the "meeting number" as the access code:  172 308 0070.

**SO ORDERED.**

Dated: Central Islip, New York
      July 8, 2021

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
United States Magistrate Judge